**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-6344

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

KENNETH RAY JOHNSON,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Leonie M. Brinkema, District Judge.  (1:08-cr-00027-LMB-1)

Submitted:  October 24, 2025                    Decided:  November 3, 2025

Before THACKER, HARRIS, and QUATTLEBAUM, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kenneth Ray Johnson, Appellant Pro Se.  Raizza Kristine Ty, Special Assistant United States Attorney, Alexander Edward Blanchard, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kenneth Ray Johnson appeals the district court's order denying his fourth motion for compassionate release under 18 U.S.C. § 3582(c)(1)(A), which Johnson predicated on his purportedly "unusually long" sentence. *See* U.S. Sentencing Guidelines Manual § 1B1.13(b)(6), p.s. (2024). Upon review of the record, we conclude that the district court did not abuse its discretion in denying Johnson's motion. *See United States v. Malone*, 57 F.4th 167, 172 (4th Cir. 2023) (stating standard of review). Accordingly, we affirm the district court's order. *United States v. Johnson*, No. 1:08-cr-00027-LMB-1 (E.D. Va. Mar. 25, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*